IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA AUDIT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12830

Judge Charles P. Kocoras

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 8 | Newing |
| 15 | ZOEO |
| 16 | WOMHOPE |
| 18 | TINSHNN |
| 20 | Pickako |
| 21 | TuMeimei |
| 29 | ALAZA |
| 30 | seella |
| 31 | Domulam |
| 38 | YiChong Store |
| 39 | XINZHIFA Store |
| 86 | Ellen Scott |
| 90 | Baroaltras |
| 91 | Artoid |
| 92 | Tailus |
| 93 | QINLI |
| 94 | Aeedia |
| 95 | yixiaolongmhgf |
| 96 | CayMfault |

| | |
|---|---|
| 100 | XiangChengShiQiBeiShangMaoYouXianZeRenGongSi |
| 103 | NIIORTY |
| 111 | dgbtcart |
| 113 | Nanyang Weishui Trading Limited Liability Company |
| 114 | baofengxianlingyibaihuodian |
| 121 | Yoone |
| 125 | CLd happy shop |
| 126 | JuanQianDianZi |
| 127 | hongan |
| 128 | SCFDZSW Co., Ltd. |
| 137 | Damenming |
| 142 | PATLOLLAV Home Decor Store |
| 143 | Harpi |
| 144 | Inerposs |
| 145 | XOAIHY |
| 146 | Mgaxud |
| 148 | wtgtog |
| 149 | Qnjujn |
| 151 | kchsji |
| 152 | Sokhug |
| 153 | SHENGXINY |
| 154 | Wbecky |
| 155 | SRstrat Co.Ltd |
| 156 | Kokovifyves |
| 157 | FUZHEN KAI |
| 158 | MOVERV Co.Ltd |
| 159 | chihu871 |
| 160 | Djiypn |
| 162 | Gulas Trading Inc |
| 163 | yuyuyi |
| 165 | Avdolw |
| 166 | WNEXOPE |
| 167 | taibf |
| 169 | CofeeMO |
| 170 | WRKEKC |
| 171 | Ruimatai Official Store |
| 172 | Outoloxit |
| 173 | KIHOUT Store |
| 174 | IUYT6 |
| 175 | pvdgvd |
| 176 | Fmxomd |
| 177 | VALSEEL |
| 178 | WeowiYief |
| 179 | Livrdious |

| | |
|---|---|
| 180 | Hong Rui |
| 181 | Icqovd Co.Ltd |
| 182 | Uscallm Flash Deals |
| 185 | Ranliy |
| 186 | Diceymbol |
| 187 | ZUBKTE |
| 189 | FUHKJ Trade |
| 190 | WRSU Trade |
| 192 | SHIRUIO SHOP |

DATED: December 3, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 3, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt